THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION
CIVIL CASE NO. 1:11-cv-00328-MR-DLH

| | |
|---|---|
| SYNOVUS BANK, )<br>)<br>        Plaintiff, )<br>)<br>  vs. )<br>)<br>THOMAS ROBERT HOLMLUND and )<br>ANTOINETTE HOLMLUND, )<br>)<br>        Defendants/ )<br>        Third-Party )<br>        Plaintiffs, )<br>)<br>  vs. )<br>)<br>SYNOVUS FINANCIAL CORP. d/b/a )<br>National Bank of South Carolina, )<br>et al., )<br>        Third-Party )<br>        Defendants. )<br>_____ ) | **O R D E R** |

**THIS MATTER** is before the Court on the report of the mediator advising that this case has been completely settled. [Doc. 39].

In light of the parties' settlement, the Court enters the following Order.

**IT IS, THEREFORE, ORDERED** that the parties shall have thirty (30) days from the entry of this Order in which to file a stipulation of dismissal.

**IT IS SO ORDERED.**  Signed: August 22, 2013

Martin Reidinger
United States District Judge